IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>VS.<br><br>ADBENNASSER ENNASSIME,<br>TONYA ENNASSIME,<br><br>DEFENDANTS. | NO.  CR05-5886FDB<br><br>STIPULATED MOTION, DECLARATION AND AGREED ORDER |

## MOTION

COMES NOW the defendant, by and through his attorney of record, and moves this Court for an order to continue the motions date until January 19, 2006. This motion is based upon the subjoined declaration of counsel, and the records and files herein.

Dated this 28th day of December, 2005.

s/ David H. Gehrke
David H. Gehrke, WSBA #8123
Law Offices of Gehrke & Baker
22030 7th Ave S Ste 202

STIPULATED MOTION, DECLARATION
AND AGREED ORDER - 1

GEHRKE & BAKER
22030 7TH AVE SOUTH SUITE 202
DES MOINES, WA 98198
206.878.4100
206.878.4101 FAX

Des Moines WA  98198
Telephone: (206) 878-4100
Fax: (206) 878-4101
E-Mail: gehrkelaw2004@yahoo.com

## **DECLARATION**

I, David H. Gehrke, do hereby declare as follows:

1. I am the attorney for Adbennasser Ennassime.  I am over the age of eighteen and am competent to testify to the matters herein.

2. I was just retained on the case and my client was indicted on the 23rd of December. Because of the holidays, I will be on the East coast and traveling from December 25th to January 3rd. I will be back in the office on January 3rd. Since I have not seen the discovery yet, I am unable to begin to see what motions need to be made.

3. I have spoken with the attorney for Tanya Ennassime, Robert Huff. He is in agreement with this extension. I have also talked to the offices of the AUSA's assigned to this case.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated this 28th day of December, 2005, at Des Moines, WA.

s/ David H. Gehrke
David H. Gehrke, WSBA #8123
Law Offices of Gehrke & Baker
22030 7th Ave S Ste 202
Des Moines WA  98198
Telephone: (206) 878-4100
Fax: (206) 878-4101
E-Mail: gehrkelaw2004@yahoo.com

STIPULATED MOTION, DECLARATION
AND AGREED ORDER - 2

GEHRKE & BAKER
22030 7TH AVE SOUTH SUITE 202
DES MOINES, WA 98198
206.878.4100
206.878.4101 FAX

**AGREED ORDER**

Based upon the foregoing, it is hereby ordered that the motions date is extended to January 19, 2006.

Dated this 4th day of January, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

s/ David H. Gehrke
David H. Gehrke, WSBA #8123
Law Offices of Gehrke & Baker
22030 7th Ave S Ste 202
Des Moines WA  98198
Telephone: (206) 878-4100
Fax: (206) 878-4101
E-Mail: gehrkelaw2004@yahoo.com
Attorney for defendant

Approved as to substance/form:
Per telephonic approval
Ye-Ting Woo
Assistant United States Attorney

Per telephonic approval
Jill Otake
Assistant United States Attorney

Per telephonic approval
Robert Huff

Attorney for co-defendant

STIPULATED MOTION, DECLARATION
AND AGREED ORDER - 3

GEHRKE & BAKER
22030 7TH AVE SOUTH SUITE 202
DES MOINES, WA 98198
206.878.4100
206.878.4101 FAX