IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR05-5886FDB |
| Plaintiff, | ) | |
| | ) | ORDER TO EXTEND MOTION |
| | ) | CUT-OFF AND TO CONTINUE |
| v. | ) | TRIAL |
| | ) | |
| ADBENASSER ENNASSIME, | ) | |
| TONYA ENNASSIME, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER

In consideration of the parties' joint motion for continuance, and observing that no prior trial continuances in this matter have been sought, the Court finds and rules as follows:

This Court finds as facts those facts set forth in the above motion to extend the pretrial motion cut-off date and the trial date submitted on behalf of all the parties. For the reasons set forth, the motion is GRANTED. The pretrial motion cut-off date shall be March 27, 2006.

Further, the Court finds that given the need by defense counsel to fully review the evidence and to conduct adequate investigation, the failure to grant the requested trial continuance would unreasonably deny the defendants effective assistance of counsel and, despite due diligence by all parties, result in a miscarriage of justice.

Further, the Court finds that given the large number of potential witnesses and the relative complexity of the case, it is unreasonable to expect either the Government or defense counsel to be prepared to go to trial within the time allotted.

The Court further finds, for the reasons set forth above, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.

The new motion cut-off date shall be March 27, 2006. The new trial date shall be May 22, 2006. The time from the current trial date of February 21, 2006, up to and including the new trial date of May 22, 2006, shall be, and is, excluded under the Speedy Trial Act, 18 U.S.C. sections 3161 (h)(8)(A), (B)(ii) and (B)(iv).

DATED this 27th day of January, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE