IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR05-5886FDB |
| Plaintiff, ) | |
| ) | ORDER TO EXTEND PRETRIAL |
| v. ) | MOTION CUT-OFF DATE |
| ) | |
| ADBENASSER ENNASSIME, ) | |
| TONYA ENNASSIME, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

ORDER

In consideration of the parties' joint motion for continuance of the Pretrial Motion cutoff date, the Court finds and rules as follows:

This Court finds as facts those set forth in the motion to extend the pretrial motion cut-off date. For the reasons set forth, the motion is GRANTED.

Further, the Court finds that given the need by defense counsel to fully review the evidence and to conduct adequate investigation, the failure to grant the requested continuance would unreasonably deny the defendants effective assistance of counsel and, despite due diligence by all parties, result in a miscarriage of justice.

Further, the Court finds that given the large number of potential witnesses and the relative complexity of the case, it is unreasonable to expect either the Government or defense counsel to be prepared to submit motions within the time allotted.

The Court further finds, for the reasons set forth above, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.

The new pretrial motion cut-off date shall be April 24, 2006.

DATED this 30th day of March, 2006.

    /s/ Franklin D Burgess
Judge Franklin D. Burgess
United States District Judge