IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR05-5886FDB |
| Plaintiff, ) | |
| ) | ORDER TO CONTINUE |
| v. ) | TRIAL AND EXTEND |
| ) | MOTIONS CUTOFF DATE |
| ) | |
| ADBENASSER ENNASSIME, ) | |
| TONYA ENNASSIME, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

ORDER

In consideration of the parties' joint motion for continuance of the Pretrial Motion cutoff date and Trial date, the Court finds and rules as follows:

This Court finds as facts those facts set forth in the above motion to extend the pretrial motion cut-off and trial date. For the reasons set forth, the motion is GRANTED.

Further, the Court finds that given the need by defense counsel to fully review the evidence and to conduct adequate investigation, the failure to grant the requested continuance would unreasonably deny the defendants effective assistance of counsel and, despite due diligence by all parties, result in a miscarriage of justice.

Further, the Court finds that given the large number of potential witnesses and the relative complexity of the case, it is unreasonable to expect either the Government or

defense counsel to be prepared to submit motions or prepare for trial within the time allotted.

The Court further finds, for the reasons set forth above, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.

The new motion cut-off date shall be May 15, 2006 and the new trial date shall be June 12, 2006.

DATED this 9th day of May, 2006.

_____
Judge Franklin D. Burgess
United States District Judge