IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR05-5886FDB |
| Plaintiff, ) | |
| ) | ORDER TO EXTEND MOTION |
| v ) | CUT-OFF DATE AND TO |
| ) | CONTINUE TRIAL DATE |
| ) | |
| ADBENASSER ENNASSIME, ) | |
| TONYA ENNASSIME, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER

In consideration of the parties' joint motion for continuance of the Pretrial Motion cutoff date and Trial, the Court finds and rules as follows:

This Court finds as facts those facts set forth in the above motion to extend the pretrial motion cut-off and trial date.  For the reasons set forth, the motion is GRANTED. Further, the Court finds that given the need by defense counsel to fully review the evidence and to conduct adequate investigation, the failure to grant the requested continuance would unreasonably deny the defendants effective assistance of counsel and, despite due diligence by all parties, result in a miscarriage of justice.

Further, the Court finds that given the large number of potential witnesses and the relative complexity of the case, it is unreasonable to expect either the Government or defense counsel to be prepared to submit motions or prepare for trial within the time allotted.

Further, the Court finds that counsel's (Robert S. Huff) family emergency, and all counsels' scheduling conflicts, require additional time be allowed for case preparation and trial.

The Court further finds, for the reasons set forth above, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial.

The new motion cut-off date shall be July 17, 2006 and the new trial date shall be September 18, 2006. The period of delay resulting from this continuance from the current trial date of June 12, 2006, up to and including the new trial date of September 18, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

DATED this 24th day of May, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Tonya Ennassime, represented by:
ROBERT S HUFF
 /s/ Robert S Huff

Adbennasser Ennassime, represented by:
DAVID H GEHRKE
 /s/ David H Gehrke

Plaintiff USA represented by:
YEE-TING WOO
   /s/ Yee-Ting Woo

Plaintiff USA represented by:
JILL OTAKE
 /s/ Jill Otake